**BRUCE A. BLAKEMAN**
**County Executive**

**THOMAS A. ADAMS**
**County Attorney**

**COUNTY OF NASSAU**
**OFFICE OF THE COUNTY ATTORNEY**

January 21, 2026

Hon. James M. Wicks
100 Federal Plaza
Central Islip, New York 11722

Re: *Lopez v. Nassau County Correctional Center et al., 2:23-cv-01105 (GRB) (JMW)*

Dear Judge Wicks:

As per your January 14, 2026 Order, the undersigned is writing to update the Court on the status of the production of records that relate to the following:

(1) What was the average daily inmate population at NCCC during November 2021 until January 2022, approximately the period in which the plaintiff was segregated in M/HLD, Housing B-BLD-02-D-06

(2) A copy of all complaints submitted by other detainees or prisoners house in the same housing area during this period November 2021 until January 2022

(3) Inspections ordered and the reports relating to the NCCC operational condition during November 2021 until January 2022

(4) What was the length of the occupancy housing unit where the plaintiff as confined during November 2021 until January 2022

(5) How many functioning showers in each of the housing unit where the plaintiff was housed during November 2021 until January 2022

(6) Copy of documents showing all construction renovation and upgrading activities (other than routine cleaning or maintenance) undertaken in the NCCC during November 2021 until January 2022

**ONE WEST STREET – MINEOLA, NEW YORK 11501-4820**
**516-571-3056, FAX 516-571-6684**

To comply with the Court's Order, I contacted the legal unit of the Nassau County Sheriff's Department received the following update. As to numbers (2), (3), and (6) "Unfortunately, the department does not keep records of the requests in numbers 2, 3, and 6. In regards to number 2, we can only provide records for a specific inmate, not complaints by any other inmates in a specific housing area during a specific time." As to item (4), the Department reported that "[t]he length of the occupancy on B02 D – Block is 72 hours, as this is a new admit housing area. Inmates cannot be moved from this housing area without medical clearance from the jail doctor. I believe that the medical clearance can be found in the inmates medical file" which was previously turned over. As to item (5) "[t]here is one shower per tier in the B building from floors 2 to 5." Finally, as to item (1) the Department reported back that it would require more time to gather the numbers and that the Department would update me as soon as that information becomes ready.

Respectfully,

/s/***Steven Dalton***

Steven Dalton
Deputy County Attorney
Office of the County Attorney
1 West Street
Mineola, New York